**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2623**

———————

MARY JO WILHELMJ,

Plaintiff - Appellant,

versus

NORWEST BANK, N.A.,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-97-576-A)

———————

Submitted:  November 30, 1998      Decided:  December 23, 1998

———————

Before ERVIN, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mary Jo Wilhelmj, Appellant Pro Se.  Robert Gibbs Watt, Keith Christian Phillips, WATT, TIEDER & HOFFAR, McLean, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mary Jo Wilhelmj appeals the district court's order dismissing her civil diversity action in which she alleged that Norwest Bank fraudulently mismanaged the trust established by her late husband. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Wilhelmj v. Norwest Bank, N.A.</u>, No. CA-97-576-A (E.D. Va. Oct. 31, 1997). We deny Appellee's motion to strike Wilhelmj's supplemental informal brief and letter. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>